AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.: 13-2040 (JS) | Date and time warrant executed: 5/14/13 APX. 0700 hrs | Copy of warrant and inventory left with: Casandra Deweese |
| Inventory made in the presence of: SA Hiles, SA Tranchitella, SA GAUTIER | | |
| Inventory of the property taken and name of any person(s) seized: | | |

See attached.

RECEIVED
SEP 1 1 2013
JOEL SCHNEIDER
U.S. Magistrate Judge

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/10/13

_____
Executing officer's signature

Kimberlee A. Gautier
Printed name and title

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

**ORIGINAL FILED**
**MAY 13 2013**
WILLIAM T. WALSH, CLERK

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

3 S. Forge Lane, Cherry Hill, New Jersey 08002 more particularly described in Attachment A

Case No. 13-2040 (JS)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A

located in the _____ District of _____ New Jersey _____, there is now concealed *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18, USC, Sections 2252A and 2241(c) | SEE ATTACHMENT B |

The application is based on these facts:

SEE ATTACHMENT C

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Kimberlee A. Gautier, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/13/2013

*Judge's signature*

City and state: Camden, NJ

Joel Schneider, USMJ
*Printed name and title*



**Department of Homeland Security**
**U.S. Immigration & Customs Enforcement**

SEARCH WARRANT INVENTORY

Page # 1 of Page # 2
Search Site: 35 Forge Lane, Cherry Hill NJ
Case #: _____

| Agent's Name | Location of Item(s): | Description of Item(s): |
|---|---|---|
| KG | Master bedroom | 1 black Iphone in otter box |
| KG | Master bedroom | 1 Sony E-reader in red cover |
| KG | Master bedroom | 1 white t-mobile Samsung phone + micro scandisk |
| KG | Downstairs playroom | 5 CD2's |
| KG | Hutch on 2nd floor, center drawer | 1 Ipod touch (black) |
| KG | Living Room black shelf on top | 1 16GB SDcard scandisk + black cannon 60D camera |
| KG | Downstairs playroom | 1 broken black iphone (screen crack) 1 motorola cellphone |
| KG | ~~Dresser~~ on 2nd floor hallway | 1 Sony DCR-DVD 650 videocamera 9 mini DVD-R for videocamera |
| KG |  | 1 white kodak easyshare V1253 camera |
| KG | Downstairs playroom | 68 CDs |
| KG | Downstairs playroom | 1 Western digital my passport ext. hard drive |
| KG | Downstairs playroom | 1 Dell 8600 Inspiron laptop silver |
| KG | Downstairs playroom | Imac apple |
| KG | Garage | Dell Dimension 8250 tower |
| KG | Living Room on couch arm | Apple Ipad in (black case) |



**Department of Homeland Security**
**U.S. Immigration & Customs Enforcement**

**SEARCH WARRANT INVENTORY**

Page # 2 of Page # 2
Search Site: 3 S. Serge Lane, Cherry Hill, NJ
Case #: _____

| Agent's Name | Location of Item(s): | Description of Item(s): |
|---|---|---|
| KG | Black/silver Bersa weapon # 883994 | masterbed room closet |
| KG | 1 black magazine | masterbedroom closet |
| KG | 1 black weapon holster | masterbedroom closet |
| KG | 17 HPS bullets | masterbedroom closet |
| KG | 1 Bersa weapon manuel | Second floor desk |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |